# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROBERT BLYTHE, : No. 39 MAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (CITY OF CHESTER), :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.